Linda Ziskin
ziskinlaw@comcast.net
PO Box 2237
Lake Oswego, OR 97035
(503) 889-0472

Drew L. Johnson, P.C.
rwood@callatg.com
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **DALINDA C. MINTON,** <br><br> Plaintiff, <br><br> vs. <br><br> **MICHAEL J. ASTRUE,** <br> Commissioner of Social Security Administration, <br><br> Defendant. | Civil No. 3:10-cv-6165-MO <br><br> **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $6365.57 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

If Plaintiff has no such federal debt, payment of $6365.57 shall be made to Plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of November __4__, 2011

_____
U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA